UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-22978-CIV-GOLD/MCALILEY

PURE NATURE ORGANICS, LLC,

    Plaintiff/Counter-Defendant,

vs.

SUNOPTA GLOBAL ORGANIC
INGREDIENTS, INC. et al.

    Defendants/Counter-Plaintiffs.
_____/

### ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COUNTER-DEFENDANT'S MOTION TO DISMISS [DE 12]

THIS CAUSE is before the Court on Counter-Plaintiffs' Unopposed Motion for Extension of Time to Respond to Counter-Defendant's Motions to Dismiss and Strike [DE 12]. Having reviewed the Motion, the record, and being otherwise duly advised, it is hereby

ORDERED AND ADJUDGED that:

1.     The Motion [DE 12] is GRANTED.

2.     SunOpta Global Organic Ingredients and Joseph J. Stern shall have until and including **December 11, 2009** to file a response to Pure Nature Organics, LLC's Motions to Strike and Dismiss [DE 8] and [DE 10].

DONE AND ORDERED in Chambers in Miami, Florida this 1st day of December, 2009.

                                                                           _____
                                                                           THE HONORABLE ALAN S. GOLD
                                                                           UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Chris M. McAliley
Counsel of record