UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-22978-CIV-GOLD/MCALILEY

PURE NATURE ORGANICS, LLC,

    Plaintiff/Counter-Defendant,

vs.

SUNOPTA GLOBAL ORGANIC
INGREDIENTS, INC. et al.

    Defendants/Counter-Plaintiffs.
_____/

ORDER ADOPTING STIPULATED CONSENT JUDGMENT
[DE 59]; DISMISSING CLAIMS WITH PREJUDICE; CLOSING CASE

THIS CAUSE is before the Court upon the Parties' Stipulated Consent Judgment **[DE 59]**. Having reviewed the stipulated consent judgment, the record, and being otherwise duly advised, it is hereby

ORDERED AND ADJUDGED that:

1. The Stipulated Consent Judgment **[DE 59]** is ADOPTED.

2. All remaining claims in this case are DISMISSED WITH PREJUDICE.

3. All pending motions are DENIED AS MOOT and all upcoming hearings are CANCELLED.

4. This case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, on this 26th day of February, 2010.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record
    Magistrate Judge Chris M. McAliley